

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:06cr00022 |
| v. | ORDER and OPINION |
| CARL PETER ANTONI, | |
| *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on several motions:

1. Defendant's letter filed on November 1, 2006 (docket entry no. 21), appropriately styled as a motion to have new counsel appointed and a motion to withdraw guilty plea;

2. Defense counsel's Motion for Leave to Withdraw filed on November 5, 2006 (docket entry no. 23); and

3. Defense counsel's Motion to Withdraw Guilty Plea filed on November 5, 2006 (docket entry no. 24).

For good cause shown, Defendant's motion to have new counsel appointed and defense counsel's Motion for Leave to Withdraw and are hereby GRANTED. Accordingly, it is ORDERED that Ms. Commander be terminated as Defendant's attorney in this case, and that Defendant be appointed new counsel.

Resolution of Defendant's Motion to Withdraw Guilty Plea is hereby STAYED pending appointment of new counsel.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the Defendant.

ENTERED: /s/ Norman K. Moon
United States District Judge

Date: November 6, 2006